1676-15

# ELECTRONIC RECORD

COA # 04-14-699-CR          OFFENSE: MURDER

STYLE: JERIMIAH BARFIELD v. THE STATE OF TEXAS          COUNTY: BEXAR

COA DISPOSITION: AFFIRMED          TRIAL COURT: 227TH DISTRICT COURT

DATE: 11/25/2015          Publish:          NO CASE #: 2012CR6188A

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE:  «Style1» v. «Style2»          CCA #: _____

___APPELLANT'S___ Petition          CCA Disposition: **1676-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 05/25/2016          SIGNED: _____  PC: _____

JUDGE: _Per Curn._          PUBLISH: _____  DNP: _____

YEARY NOT PARTICIPATING

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____